## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| [Plaintiff] | : |
| ZIYAO JIANG | : |
| 4658 157th St, Flushing, NY 11355 | : |
| vs. | :CASE NO: |
| [Defendant] | : |
| CENTRAL GOVERNMENT OF P.R. CHINA; | : |
| MINISTRY OF PUBLIC SECURITY OF P.R.CHINA; | : |

## COMPLAINT

CENTRAL GOVERNMENT OF CHINA, NO 2 XIFU STREET RIGHT, BEIJING, P.R.CHINA; MINISTRY OF PUBLIC SECURITY OF P.R.CHINA, No. 14 East Chang'an Street, Beijing.

1. 2025/03/25, 13:13:16, Charles Schwab, 72-19 Austin St Ground Floor, Forest Hills, NY 11375. Defendants perjury me had investment agreement with someone and deposited other's money into my investment account.

Page 7-2, check in hand, a Chinese stalks me and walk in front of me, to get into the trading broker. Page 9, service counter, Defendants arrange a manager replacement to handle the check when dealing my business. It's perjury that someone deposit money into my investment account.

2. Some suspects outside for suspicious crime together.

2-1. UPS. Truck, employee and open door. I applied a job of the delivery, so they may theft my ID and used it for fake investment agreement. Page 4-1,6-1,7-1,10-2.

2-2. a man with dark glasses intended to walk very close to me, suspect of fake investment agreement.page 5.

3. 2025/03/31, 05:29:07, Defendants send video to Plaintiff's Youtube account, showing how to counterfeit fake signature and agreement, another video says Denote To Criminal Everything You Have Before You Die. Page 11.

4. 2025/04/02, 19:03:55, The Church of Jesus Christ of Latter-day Saints, 145-15 33rd Ave, Flushing, NY 11354, Defendants arrange an ID theft to Joseph Tsai as contract signatory of the counterfeit agreement. Page 12.

5. 2025/04/08, 11:16:19, Costco Wholesale, 6135 Junction Blvd, Rego Park, NY 11374, Defendants arrange an ID theft to WANG YI get behind me as contract signatory of the counterfeit agreement. Page 13-1.

6. 2025/05/01 noon, Costco Wholesale, 6135 Junction Blvd, Rego Park, NY 11374, Defendants arrange an ID theft to ALVIN JIANG get close to me as contract signatory of the counterfeit agreement. Page 13-2.

7. 2025/02/10, 14:18:23, Defendants send Plaintiff video to Youtube Channel account, showing an cruise traveling in international water would be place of contract signing, no any country law has jurisdiction. See NYSD #25-cv-3597, Page 14.

8. Defendants told FBI, Plaintiff had signed an investment agreement with high return rate with someone after I moved to U.S in 2021.

9. Defendants kepp long-term crime at Plaintiff, murder, rob, ID theft, scam and agreement fradu. I claims $1,116,952,575,415.45 compensation totally, including compensation for murder, rob; lost of investment, job, career, business and ID, mental loss, etc.

May 15, 2025

ZIYAO JIANG

4658 157th St, Flushing, NY 11355

TEL: 646-425-4765

555ziyaojiang@gmail.com



























### Prefab Homeowners Share Their Story of Survival During the Mexico Beach Hurricane
Clayton Homes · 7K views · 6 years ago



### Escape To The Caribbean This Winter
Discover the ancient temples, unspoiled beaches & lush landscapes of the Caribbean.

**Sponsored** · The Ritz-Carlton Yacht Collection

Watch          Learn more



'Gulf of America Day' declared as President Trump flies to Super Bo...
USA TODAY

Home    Shorts    +    Subscriptions    You