UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZIYAO JIANG,<br><br>                    Plaintiff,<br><br>     -against-<br><br>CENTRAL GOVERNMENT OF P.R. CHINA;<br>MINISTRY OF PUBLIC SECUIRTY OF P.R.<br>CHINA,<br><br>                    Choose an item.. | 25-CV-4237 (LTS)<br><br>ORDER OF DISMISSAL<br>UNDER 28 U.S.C. § 1651 |

LAURA TAYLOR SWAIN, Chief United States District Judge:

On June 9, 2025, Plaintiff was barred from filing any new action *in forma pauperis* ("IFP") without first obtaining from the Court leave to file. *See Jiang v. North Shore Univ. Hosp.*, No. 25-CV-3814 (LTS) (S.D.N.Y. June 11, 2025) (ordering that bar order effective as of May 9, 2025). The June 9, 2025 bar order included a provision requiring Plaintiff to attach a copy of the June 9, 2025 order to any motion he files seeking to bring an action IFP in this court.

Plaintiff filed this *pro se* action on May 15, 2025, after the May 9, 2025 bar order went into effect. Plaintiff has not filed a motion seeking leave to file this action. Accordingly, because Plaintiff seeks IFP status, and has not sought leave from the Court, the Court dismisses the action without prejudice for Plaintiff's failure to comply with the June 9, 2025 order.

The Court directs the Clerk of Court to terminate Plaintiff's "motion to freeze assets," filed at ECF 6.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

2

The Court directs the Clerk of Court to enter judgment in this action

SO ORDERED.

Dated:   June 24, 2025
         New York, New York

                                                               /s/ Laura Taylor Swain
                                                                LAURA TAYLOR SWAIN
                                                            Chief United States District Judge