**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ZIYAO JIANG,

                      Plaintiff,

     -against-                                25 **CIVIL** 4237 (LTS)

                                                  **<u>JUDGMENT</u>**

CENTRAL GOVERNMENT OF P.R. CHINA;
MINISTRY OF PUBLIC SECUIRTY OF P.R.
CHINA,

                      Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 24, 2025, Accordingly, because Plaintiff seeks IFP status, and has not sought leave from the Court, the Court dismisses the action without prejudice for Plaintiff's failure to comply with the June 9, 2025 order. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York

       June 26, 2025

                                                            **TAMMI M. HELLWIG**

                                                                **Clerk of Court**

                                **BY:**

                                                                **Deputy Clerk**