UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZIYAO JIANG,

                          Plaintiff,

          -against-                                          25-CV-4237 (LTS)

CENTRAL GOVERNMENT OF P.R. CHINA;              ORDER
MINISTRY OF PUBLIC SECUIRTY OF P.R.
CHINA,

                          Defendant.

LAURA TAYLOR SWAIN, Chief United States District Judge:

On June 9, 2025, Plaintiff was barred from filing any new action *in forma pauperis*

("IFP") without first obtaining from the Court leave to file. *See Jiang v. North Shore Univ. Hosp.*,

No. 25-CV-3814 (LTS) (S.D.N.Y. June 11, 2025) (ordering that bar order effective as of May 9,

2025). On June 24, 2025, the Court dismissed this action without prejudice for Plaintiff's failure

to comply with the June 9, 2025 order, and the Clerk of Court entered judgment in this action on

June 26, 2025. Plaintiff then filed two motions. On August 8, 2025, he filed a motion for

sanctions, and on December 6, 2025, he filed a motion for an arrest warrant.

This action is closed, and Plaintiff has not complied with the Court's leave-to-file

requirements set forth in *Jiang*, No. 25-CV-3814. The Court therefore directs the Clerk of Court

to terminate these two motions. (*See* ECF 10, 12.)

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order

would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal.

*See Coppedge v. United States,* 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   January 30, 2026
         New York, New York

/s/ Laura Taylor Swain

LAURA TAYLOR SWAIN
Chief United States District Judge
